# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

FLAGSTAR BANK, FSB.         )
                                   )
         Plaintiff,      )
v.                               )
                                 )      CIVIL NO. 1:07-cv-70
TIFFANY N. POE and JONATHAN V.  )
POE,                            )
                                 )
         Defendant.    )
_____)

## ORDER

THIS MATTER comes before the Court on the Motion for Award of Costs and Attorneys' Fees. The Court referred such motion to the Magistrate Judge for a Report and Recommendation. On October 6, 2009, the Magistrate Judge issued his Report and Recommendation Regarding Plaintiff's Motion for Award of Costs and Attorney's Fees. The parties filed no objections to the Magistrate Judge's Report and Recommendation.

After consideration, that the Court accepts and adopts the Magistrate Judge's Report and Reommendation in its entirety. In accordance with such Report and Recommendation, it is hereby

**ORDERED** that Plaintiff's Motion for Award of Attorney's Fees and Costs is **GRANTED**; and

that Plaintiff is awarded attorney's fees in the total amount of $7,695.00 and costs in the amount of $1,655.87.

                                                    ENTER:

DATE:      November 24, 2009              _____/s/_____
                                              RAYMOND L. FINCH
                                              SENIOR DISTRICT JUDGE